[No. 52040-7-I.  Division One.  November 22, 2004.]

JANET LESHER, *Respondent*, v. DYAN MURPHY, ET AL.,
*Defendants*, STEVEN STUART, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 01-2-11431-0, Terence Lukens, J., entered
January 16, 2003. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Grosse and Kennedy, JJ.

[No. 52285-0-I.  Division One.  November 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM E.
HOWDESHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-03023-4, Laura Gene Middaugh, J., en-
tered April 21, 2003. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Grosse and Agid, JJ.

[No. 52386-4-I.  Division One.  November 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY
CHIOFAR, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-10218-9, Carol A. Schapira, J., entered
May 9, 2003. *Affirmed* by unpublished opinion per Kennedy,
J., concurred in by Ellington, A.C.J., and Agid, J.

[No. 52609-0-I.  Division One.  November 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE WARD,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-02840-0, Ronald Kessler, J., entered June
30, 2003. *Reversed* by unpublished per curiam opinion. Now
published at 125 Wn. App. 243.